HOLTON, Respondent, v. WURSTER et al., Respondents (CONLY et al., Appellants). (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Flora Stearns Holton against ·Frederick Wurster, mayor, etc., and Martin F. Conly and others, aldermen, etc., and East River & Atlantic Ocean· Railroad Company. No opinion. Order granting injunction affirmed, with $10 costs and disbursements, on opinion in Norris v. Wurster (Sup.) 48 N. Y. Supp. 656.

HOME BANK v. BREWSTER et al. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by the Home Bank against J. B. Brewster & Co. No opinion. Motion denied. See 41 N. Y. Supp. 203.

HOPKINS, Respondent, v. NIAL, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by John T. Hopkins against Matthew Nial. No opinion. Judgment affirmed, with costs.

HOSEY, Respondent, v. CHARDE, Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by John Hosey against Matthew J. Charde. No opinion. Judgment affirmed, with costs.

HOVER v. HOVER. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by Philip H. Hover against Martha Hover. No opinion. Motion granted. See 48 N. Y. Supp. 395.

HOVER v. HOVER. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Philip H. Hover against Martha Hover. No opinion. None of the questions proposed are sufficient. The questions must embrace all the facts necessary for their determination without compelling the court to refer to the record. Questions embracing the facts should be proposed for settlement. See 48 N. Y. Supp. 395.

HOWEY v. LAKE SHORE & M. S. RY. CO. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Robert L. Howey against the Lake Shore & Michigan Southern Railway Company. No opinion. Motion denied, and judgment ordered for the defendant on the nonsuit, with costs. See 37 N. Y. Supp. 88.

IRVINE, Plaintiff, v. ATLANTIC AVE. R. CO., Defendant. (Supreme Court, Appellate Division, Second Department. December 21, 1897.) Action by William Irvine against the Atlantic Avenue Railroad Company. No opinion. Application for leave to appeal to the court of appeals granted. Pending appeal,• the execution of so much of the decree as directs the defendant to remove the switch stayed. See 48 N. Y. Supp. 465.

JACQUOT, Respondent, v. ELSWORTH et al., Appellants. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by Emil M. Jacquot against Joseph Elsworth and others. James Dunne, for appellants. Allan M. Stoddard, for respondent. No opinion. Judgment and order affirmed, with costs.

JENKINS, Appellant, v. GANNON et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 21, 1897.) Action by John G. Jenkins against Frank S. Gannon, impleaded with others. No opinion. Order affirmed, without costs.

JENKINS, Respondent, v. WARREN, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Edward Jenkins against Walter H. Warren. J. J. Allen, for appellant. J. C. Thompson, for respondent. No opinion. Reargument ordered.

JEROME, Respondent, v. QUEEN CITY CYCLE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Anthony Jerome against the Queen City Cycle Company. No opinion. Judgment and order affirmed, with costs.

JOHNSTONE v. O'CONNOR. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by Ruth A. Johnstone against Eugene F. O'Connor. No opinion. Order resettled. See 47 N. Y. Supp. 425.

JONES, Appellant, v. GENEVA PRESERVING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Roswell E. Jones, as survivor, etc., against the Geneva Preserving Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the defendant was guilty of laches in making the motion to send the case back to the referee.

KATHAN, Respondent, v. KATHAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Wallace Kathan against John A. Kathan. No opinion. Judgment and order affirmed, with costs.

KEATING v. STEVENSON. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Michael Keating against Sewannee Stevenson. No opinion. Motion denied. See 47 N. Y. Supp. 847.

KELLY v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Virginia M. Kelly against the mayor, etc., of city of New York. No opinion. Motion granted, with $10 costs. See 44 N. Y. Supp. 217.

KIEFER, Respondent, v. GRAND TRUNK RY. CO. OF CANADA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March Term, 1897.) Action by Mary Kiefer, as administratrix of John Kiefer, deceased, against the Grand Trunk Railway Company of Canada. No opinion. Motion granted. See 43 N. Y. Supp. 1157.